IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| NATALIE MCGAUGH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Case No.  07-2271-JWL |
| | ) |
| UNITED PARCEL SERVICE, INC., | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

This case comes before the court on the joint motion **(doc. 20)** of the plaintiff, Natalie McGaugh, and the defendant, United Parcel Service, Inc., for an order directing the Kansas Human Rights Commission ("KHRC") to release all records in its possession concerning Ms. McGaugh, including all documents such as correspondence, notes, tape recordings, reports, investigative materials, and any and all other documents relating to Ms. McGaugh's charge referenced as Docket No. 563-2006-02113.

The court grants the instant motion and directs the KHRC to make available to the parties all the contents of its investigative file except such portions thereof which may be of a deliberative or conciliatory nature or attorney work product of the KHRC's legal staff. Should the KHRC consider that any items are of the foregoing nature, copies of such items shall be forwarded to the court for in camera inspection within 15 days of the date of this order. A brief summary of the documents submitted to the court shall be served on all parties in the case.

Copies of this order shall be served by the clerk on all counsel of record and to the KHRC.

IT IS SO ORDERED.

Dated this 11th day of March, 2008, at Kansas City, Kansas.

                                              s/ James P. O'Hara
                                              James P. O'Hara
                                              U.S. Magistrate Judge